UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JAMES FIELDS**, *et al.*,

        Plaintiffs,

Vs.

**MCKESSON CORPORATION**, *et al.*,

        Defendants.

Case No.: 13-cv-03050-YGR

**ORDER TERMINATING MOTION TO REMAND WITHOUT PREJUDICE IN LIGHT OF STAY**

This action has been conditionally transferred to the Eastern District of Pennsylvania for coordination and consolidation with *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1871.  On July 19, 2013, the Court entered an Order Granting Motion to Stay in light of the Conditional Transfer Order (CTO-172).  (Dkt. No. 16.)

Plaintiffs previously filed a Motion to Remand.  (Dkt. No. 13.)  The parties have also filed a stipulation regarding extension of time for Defendants to answer.  (Dkt. No. 15.)

In light of the Order Granting Motion to Stay, the Court hereby **TERMINATES WITHOUT PREJUDICE** Plaintiffs' Motion to Remand and **TERMINATES** the parties' Stipulation re: Extension of Time as **MOOT**.  The motion to remand may be re-filed and re-noticed for hearing upon an order lifting or dissolving the stay in this action.

This Order terminates Dkt. Nos. 13 and 15.

**IT IS SO ORDERED**.

Dated: July 19, 2013

        **YVONNE GONZALEZ ROGERS**
        **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California